## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**CORNELIUS CANADY,**

>  **Plaintiff,**

**v.**                                                    **Case No. 4:21-cv-7-AW-MJF**

**CENTURION OF FLORIDA, LLC, et al.,**

>  **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's February 16, 2021 report and recommendation. ECF No. 56. No objections have been filed. I have determined the report and recommendation should be adopted, and it is incorporated into this order.

Defendant Centurion's Motion to Dismiss Plaintiff's Second Amended Complaint, (ECF No. 21) is GRANTED. Plaintiff's claims against Defendant Centurion (Counts One, Two, and Three) are DISMISSED for failure to state a claim upon which relief can be granted. Plaintiff, however, will have one more opportunity to plead facts that could cure the deficiency identified in the report and recommendation.

Plaintiff's claims against Defendant Dr. Colombani (Counts One, Two, and Three) are DISMISSED without prejudice for impermissible claim-splitting.

The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on March 30, 2021.

s/ *Allen Winsor*
United States District Judge