# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**CORNELIUS CANADY,**

    **Plaintiff,**

**v.**                                                                    Case No. 4:21-cv-7-AW-MJF

**CENTURION OF FLORIDA, LLC, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's April 29, 2021 report and recommendation, ECF No. 60, to which no objections have been filed. Having considered the matter, I now adopt the report and recommendation and incorporate it into this order.

The clerk will enter a judgment that says "The claim against Dr. Colombani is dismissed without prejudice for impermissible claim splitting. The claims against Centurion, Roberts, and Moralas are dismissed for failure to state a claim upon which relief can be granted." The clerk will then close the file.

SO ORDERED on June 19, 2021.

                                               s/ *Allen Winsor*
                                               United States District Judge